# IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
## IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO: 50 2018 CA 013605 XXXX MB
DIVISION: AF

ZSOFIA RUHA
_____
PLAINTIFF(S)

VS.

City of palm beach gardens
_____
DEFENDANT(S)

## SUMMONS
### (PERSONAL SERVICE ON A NATURAL PERSON)

TO DEFENDANT(S):
City of palm beach gardens
palm be.
~~1306 Silver Beach rd~~
~~lake park fl 33410~~

ALTERNATE ADDRESS:
10500 N MILITARY TRAIL
palm beach gardens, FL
33410

### IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU. YOU HAVE **20 CALENDAR DAYS** AFTER THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN RESPONSE TO THE ATTACHED COMPLAINT WITH THE CLERK OF THIS COURT. A PHONE CALL WILL NOT PROTECT YOU. YOUR WRITTEN RESPONSE, INCLUDING THE CASE NUMBER GIVEN ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THE CASE. IF YOU DO NOT FILE YOUR RESPONSE ON TIME, YOU MAY LOSE THE CASE, AND YOUR WAGES, MONEY, AND PROPERTY MAY THEREAFTER BE TAKEN WITHOUT FURTHER WARNING FROM THE COURT. THERE ARE OTHER LEGAL REQUIREMENTS. YOU MAY WANT TO CALL AN ATTORNEY RIGHT AWAY. IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY CALL AN ATTORNEY REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME TIME YOU FILE YOUR WRITTEN RESPONSE TO THE COURT YOU MUST ALSO MAIL OR TAKE A COPY OF YOUR WRITTEN RESPONSE TO THE PLAINTIFF OR PLAINTIFF(S) ATTORNEY NAMED BELOW:

ZSOFIA RUHA 1306 Silver Beach rd, Lake park, FL 33403

"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

Exhibit "A"

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 10/26/2018 2:37:50 PM

IMPORTANTE

USTED HA SIDO DEMANDADO LEGALMENTE. TIENE 20 DIAS CONTADOS A PARTIR DEL RECIBO DE ESTA NOTIFICACION PARA CONTESTAR POR ESCRITO LA DEMANDA ADJUNTA Y PRESENTARLA ANTE ESTE TRIBUNAL. UNA LLAMADA TELEFONICA NO LO PROTEGERA. SI USTED DESEA QUE EL TRIBUNAL CONSIDERE SU DEFENSA, DEBE PRESENTAR SU RESPUESTA POR ESCRITO, INCLUYENDO EL NUMBERO DEL CASO Y LOS NOMBRES DE LAS PARTES INTERESADAS. SI USTED NO CONTESTA LA DEMANDA A TIEMPO, PUDIESE PERDER EL CASO Y PODRIA SER DESPOJADO DE SUS INGRESOS Y PROPIEDADES O PRIVADO DE SUS DERECHOS, SIN PREVIO AVISO DEL TRIBUNAL. EXISTEN OTROS REQUISITOS LEGALES. SI LO DESEA, PUEDE USTED CONSULTAR A UN ABOGADO INMEDIATAMENTE. SI NO CONOCE A UN ABOGADO, PUEDE LLAMAR A UNA DE LAS OFICINAS DE ASISTENCIA LEGAL QUE APARECEN EN LA GUIA TELEFONICA.

SI DESEA RESPONDER A LA DEMANDA POR SU CUENTA, AL MISMO TIEMPO EN QUE PRESENTA SU RESPUESTA ANTE EL TRIBUNAL, DEBERA USTED ENVIAR POR CORREO O ENTREGAR UNA COPIA DE SU RESPUESTA A LA PERSONA DENOMINADO ABAJO COMO PLAINTIFF/PLAINTIFF(S) ATTORNEY (DEMANDANTE O ABOGADO DEL DEMANDANTE):

_____
_____
_____

"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

IMPORTANT

DES POURSUITES JUDICIARIES ONT ETE ENTREPRISES CONTRE VOUS. VOUS AVEZ 20 JOURS CONSECUTIFS A PARTIR DE LA DATE DE L@ASSIGNATION DE CETTE CITATION POUR DEPOSER UNE REPONSE ECRITE A LA PLAINTE CI-JOINTE AUPRES DE CE TRIBUNAL. UN SIMPLE COUP DE TELEPHONE EST INSUFFISANT POUR VOUS PROTEGER; VOUS ETES OBILIGE DE DEPOSER VOTRE RESPONSE ECRITE, AVEC MENTION DU NUMERO DE DOSSIER CI-DESSUS ET DU NOM DES PARTIES NOMMEES ICI, SI VOUS SOUHAITEZ QUE LE TRIBUNAL ENTENDE VOTRE CAUSE. SI VOUS NE DEPOSEZ PAS VOTRE REPONSE ECRITE DANS LE RELAI REQUIS, VOUS RISQUEZ DE PERDRE LA CAUSE AINSI QUE VOTRE SALAIRE, VOTRE ARGENT, ET VOS BIENS PEUVENT ETRE SAISIS PAR LA SUITE, SANS AUCUN PREAVIS ULTERIEUR DU TRIBUNAL. IL Y A D@AUTRES OBLIGATIONS JURIDIQUES ET VOUS POUVEZ REQUERIR LES SERVICES IMMEDIATS D@UN AVOCAT. SI VOUS NE CONNAISSEZ PAS D@AVOCATS OU A UN BUREAU D@ASSISTANCE JURIDIQUE (FIGURANT A L@ANNUAIRE DE TELEPHONES).

SI VOUS CHOISISSEZ DE DEPOSER VOUS-MEME UNE REPONSE ECRITE, IL VOUS FAUDRA EGALEMENT, EN MEME TEMPS QUE CETTE FORMALITE, FAIRE PARVENIR OU EXPEDIER UNE COPIE DE VOTRE REPONSE ECRITE AU APLAINTIFF/PLAINTIFF(S) ATTORNEY@ (PLAIGNANT OU A SON AVOCAT) NOMME CI-DESSOUS:

_____
_____
_____

"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED DEFENDANT(S).

DATED: 10/26/18

Sharon R. Bock,
Clerk of the Circuit Court,

AS DEPUTY CLERK    Blake Smith

# IN THE 15TH JUDICIAL CIRCUIT OF FLORIDA IN AN FOR PALM BEACH COUNTY

ZSOFIA RUHA
PLAINTIFF
V.
City of Palm Beach Gardens
Palm Beach Gardens Police Department
defendants

50 2018 CA 013605 XXXX MB

AF

This lawsuit has been brought against the above named defendants for assault and battery with a deadly weapon violation of plaintiff 1st and 5th amendment constitutional right. On October 11th 2018. 2 Palm Beach Gardens police officers has approached plaintiff within a matter of seconds the 2 officers placed plaintiff under arrest failing to state what plaintiff is being arrested for failing to read plaintiff Miranda rights upon escorting plaintiff to their parked vehicle the 2 police officer forced plaintiff underneath a bridge destroyed plaintiff property presumably used in a criminal investigation against her and upon invoking my constitutional right the officers assaulted plaintiff by grabbing plaintiff's throat and pushing her against a concrete wall while handcuffed. Plaintiff is suing for $ 100.000.000.00 one hundred million dollar for and requesting a jury trial.

*[signature: Zsofia Ruha]*

October 26 2018.

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA - CRIMINAL DIVISION
CIRCUIT/COUNTY COURT
Court Event Form

DEFENDANT: ZSOFIA RUHA
CASE NO: 50-2018-MM-012191-AXXX-NB

STATE OF FLORIDA
vs.
DEFENDANT: ZSOFIA RUHA
CASE NO: 50-2018-MM-012191-AXXX-NB
DIVISION: H: NB Division Calendar - H (County)

DATE: 10/25/2018

JACKET #: 0502144
BOOKING #: 2018034007

PRESIDING JUDGE: KEEVER, JUDGEDINA A
ASA:
ATTORNEY:
PUBLIC DEFENDER: DEFENDER, PUBLIC
CO-COUNSEL:
DEPUTY CLERK: AM

START TIME: 10:42 AM
END TIME: 10:45 AM

COURT REPORTER
COURT TYPE: FAP - FIRST APPEARANCE

COURT ROOM: #1 (Gun Club)

Other: DEFENDANT PRESENT, SWORN AND TESTIFIED, AND ADVISED OF RIGHTS
Other: DOWNFILE MM
Other: DUE WITHIN 1 YEAR AND IS TO BE PAID THROUGH THE CLERK AND COMPTROLLER'S OFFICE PURSUANT TO A COLLECTIONS AGREEMENT TO BE ESTABLISHED BY 11/08/18.
Total Criminal Court Costs and Fines: $476.00 - Due Date: 11/08/2018
  Court Costs: $326.00
    Standard Court Costs: $135.00
    Statutory Court Costs (Count 1): $88.00
    Statutory Court Costs (Count 2): $103.00
  Other Fees: $150.00
    PD App Fee: $50.00
    PD Fee: $50.00
    Cost of Prosecution: $50.00

Count 1 - MF RESIST OFFICER WITHOUT VIOLENCE 843.02
  Plea: GUILTY
  Court Action: ADJUDICATED GUILTY BY COURT
  Time Served
  Facility: County Jail
  RELEASE AS TO THIS CASE ONLY
  CONCURRENT WITH COUNTS 1 AND 2

Count 2 - MF POSSESSION OF PARAPHERNALIA (USE) 893.147(1B)
  Plea: GUILTY
  Court Action: ADJUDICATED GUILTY BY COURT
  Time Served
  Facility: County Jail
  RELEASE AS TO THIS CASE ONLY
  CONCURRENT WITH COUNTS 1 AND 2

Thursday, October 25, 2018                                                        Page 1 of 1

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK 10/25/2018 10:45:23 AM
FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 10/26/2018 2:37:50 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No: 50 2018 CA 013605 XXXX MB

Division: AF

ZSOFIA RUHA
_____
Plaintiff

vs.

City of Palm beach gardens
_____
Defendant(s).

_____/

**II. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

___ Condominium
___ Contracts and indebtedness
___ Eminent domain
___ Auto negligence
___ Negligence—other $0 - $50,000
   ___ Business governance
   ___ Business torts $50,001 - $249,999
   ___ Environmental/Toxic tort
   ___ Third party indemnification $250,000 or more
   ___ Construction defect
   ___ Mass tort
   ___ Negligent security
   ___ Nursing home negligence
   ___ Premises liability—commercial
   ___ Premises liability—residential
___ Products liability
___ Real property/Mortgage foreclosure
   ___ Commercial foreclosure $0 - $50,000
   ___ Commercial foreclosure $50,001 – $249,999
   ___ Commercial foreclosure $250,000 or more
   ___ Homestead residential foreclosure $0 – $50,000
   ___ Homestead residential foreclosure $50,001 - $249,999
   ___ Homestead residential foreclosure $250,000 or more
   ___ Nonhomestead residential foreclosure
   ___ Nonhomestead residential foreclosure
   ___ Nonhomestead residential foreclosure
   ___ Other real property actions $0 - $50,000
   ___ Other real property actions $50,001 – $249,999
   ___ Other real property actions $250,000 or more
___ Professional malpractice
   ___ Malpractice—medical
   ___ Malpractice—medical
   ___ Malpractice—other professional
___ Other
   ___ Antitrust/Trade regulation
   ___ Business transactions
   ___ Constitutional challenge—proposed amendment
   ___ Constitutional challenge—statute or ordinance
   ___ Libel/Slander
   ___ Corporate trusts

Civil Cover Sheet Page 1 of 2

      ✓ Discrimination—employment or other
      ___ Insurance claims
      ___ Intellectual property

      ___ Securities litigation
      ___ Shareholder derivative action
      ___ Trade secrets
      ___ Trust litigation

**III.** REMEDIES SOUGHT (check all that apply):
    ___ monetary;
    ___ nonmonetary declaratory or injunctive relief;
    ___ punitive

**IV.** NUMBER OF CAUSES OF ACTION: [ ]
    (specify) _____

**V.** IS THIS CASE A CLASS ACTION LAWSUIT?
    ___ yes
    ✓ no

**VI.** HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
    ✓ no
    ___ yes If "yes," list all related cases by name, case number, and court.

_____
_____
_____

**VII.** IS JURY TRIAL DEMANDED IN COMPLAINT?
    ✓ yes
    ___ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature _[signature]_
    Attorney or party

ZSOFIA RUHA
(type or print name)

Fla. Bar # _____
    (Bar # if attorney)

October 26, 2018
Date

## PALM BEACH COUNTY SHERIFF'S OFFICE ORIGINAL RETURN

CITY OF PALM BEACH GARDENS

Court: County
Case No. 502018CA013605XXXXMB
County: Palm Beach

10500 N MILITARY TRAIL
PALM BEACH GARDENS, FL 33410

ZSOFIA RUHA
1306 SILVER BEACH RD
LAKE PARK, FL 33403

ZSOFIA RUHA

SUMMONS & COPY & COPY
OF COMPLAINT

CITY OF PALM BEACH GARDENS

Received this Writ on October 29, 2018 at 9:48 AM and was **unexecuted** on October 30, 2018, in Palm Beach County, Florida, a true copy of this Writ, endorsed thereon by me, Steven Tenore.

**Attempts:**
10/30/2018 @ 11:30 AM
NOT SERVED PER CITY ATTORNEY'S OFFICE, PATRICIA SNIDER, LAWSUIT MUST BE ADDRESSED TO "CITY OF PALM BEACH GARDENS MAYOR" TO ACCEPT SERVICE.

By: /s/ Steven Tenore
Steven Tenore 5365

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 11/1/2018 2:46:00 PM

# IN THE 15TH JUDICIAL CIRCUIT OF FLORIDA IN AND FOR PALM BEACH COUNTY

Zsofia Ruha

plaintiff/petitioner

City of Palm Beach Gardens

defendants/respondants

**RECEIVED**
OCT 31 2018
HOWARD K. COATES, JR.
CIRCUIT JUDGE

case bumber: 50-2018-ca-013605-xxxx-mb-an

MOTION TO DISMISS, due to plaintiff's financial circumstances plaintiff can not afford to move forward with this lawsuit.

**CLERK:**
Please file this document
In the Court File.
　　　　Circuit Judge
　　　　Howard K. Coates, Jr.

FILED 2018 NOV -2 PH 3:04

18OCT30 2:34pm

IN THE 15TH JUDICIAL CIRCUIT OF FLORIDA IN AND FOR PALM BEACH COUNTY
CASE NO:50-2018-CA-013605-XXXX-MB
ZSOFIA RUHA
PLAINTIFF/PETITIONER
V.
CITY OF PALM BEACH GARDENS
RESPONDENT/DEFENDANT

**MOTION,TO ADD PALM BEACH GARDENS POLICE OFFICER BETHANY GUERRIERO AS DEFENDANT TO THIS LAWSUIT,PLAINTIFF IS REQUESTING THIS COURT TO ENTER A FINAL JUDGEMENT.**

March 8, 2019

*[signature]*

IN THE 15TH JUDICIAL CIRCUIT OF FLORIDA IN AND FOR PALM BEACH COUNTY

CASE NO:50-2018-CA-013605-XXXX-MB

ZSOFIA RUHA

PLAINTIFF/PETITIONER

V.

CITY OF PALM BEACH GARDENS

RESPONDENT/DEFENDANT

CLERK: Please file this document in the Court File.
Circuit Judge
_____ Coates, Jr.

**MOTION, TO ADD PALM BEACH GARDENS POLICE OFFICER BETHANY GUERRIERO AS DEFENDANT TO THIS LAWSUIT, PLAINTIFF IS REQUESTING THIS COURT TO ENTER A FINAL JUDGEMENT.**

March 8, 2019

[signature]

Filing # 88458481 E-Filed 04/24/2019 01:28:57 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION AF
CASE NO. 50-2018-CA-013605-XXXX-MB

ZSOFIA RUHA,
    Plaintiff/Petitioner

vs.

CITY OF PALM BEACH GARDENS,
PALM BEACH GARDENS POLICE DEPARTMENT,
    Defendant/Respondents.
_____/

## ORDER DIRECTING PLAINTIFF TO EFFECT SERVICE UPON DEFENDANT(S)

**THIS CAUSE** came before the Court upon a sua sponte review of the court file. One hundred and twenty (120) days has elapsed since the filing of the complaint, the Defendant(s) has not been served with process, and no court order extending the time has been entered.

**IT IS HEREBY ORDERED** that pursuant to Florida Rule of Civil Procedure 1.070(j), the Plaintiff is directed, within 30 days from the date of this order, to either serve process on the Defendant(s) or file a motion showing good cause or excusable neglect why the Defendant(s) has not yet been served with process. In the event that Plaintiff elects to file a motion for good cause or excusable neglect, the Plaintiff shall set the same motion for hearing on the Uniform Motion Calendar and the hearing shall occur no later than 45 days from the date of this Order. Plaintiff shall make a good faith effort to provide notice to all parties named herein.

Failure to comply with this Order in the time frames set forth above shall result in an Order of Dismissal of the case against the unserved Defendant(s).

**DONE AND ORDERED**, in West Palm Beach, Palm Beach County, Florida this 24th day of April, 2019.

50-2018-CA-013605-XXXX-MB    04/24/2019
Edward L. Artau
Judge

**COPIES TO:**

ZSOFIA RUHA 1306 SILVER BEACH RD
LAKE PARK, FL 33403

# IN THE 15TH JUDICIAL CIRCUIT OF FLORIDA
# IN AND FOR PALM BEACH COUNTY

case number: 50-2018-ca-013605-xxxx-mb

Zsofia Ruha

plaintiff/petitioner

v.

City of Palm Beach Gardens

defendant/respondent

*Proof of service by U.s. mail estimated arrival date: May.2nd 2019.*



Zsofia Ruha   April 30th 2019



IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION AF
CASE NO. 50-2018-CA-013605-XXXX-MB

ZSOFIA RUHA,
    Plaintiff/Petitioner
vs.
CITY OF PALM BEACH GARDENS,
PALM BEACH GARDENS POLICE DEPARTMENT,
    Defendant/Respondents.
_____/

**CLERK:**
Please file this document
In the Court File.
Circuit Judge
Edward L. Artau

## ORDER DIRECTING PLAINTIFF TO EFFECT SERVICE UPON DEFENDANT(S)

**THIS CAUSE** came before the Court upon a sua sponte review of the court file. One hundred and twenty (120) days has elapsed since the filing of the complaint, the Defendant(s) has not been served with process, and no court order extending the time has been entered.

**IT IS HEREBY ORDERED** that pursuant to Florida Rule of Civil Procedure 1.070(j), the Plaintiff is directed, within 30 days from the date of this order, to either serve process on the Defendant(s) or file a motion showing good cause or excusable neglect why the Defendant(s) has not yet been served with process. In the event that Plaintiff elects to file a motion for good cause or excusable neglect, the Plaintiff shall set the same motion for hearing on the Uniform Motion Calendar and the hearing shall occur no later than 45 days from the date of this Order. Plaintiff shall make a good faith effort to provide notice to all parties named herein.

Failure to comply with this Order in the time frames set forth above shall result in an Order of Dismissal of the case against the unserved Defendant(s).

**DONE AND ORDERED,** in West Palm Beach, Palm Beach County, Florida this 24th day of April, 2019.

*[Signature]*
50-2018-CA-013605-XXXX-MB  04/24/2019
Edward L. Artau  Judge

50-2018-CA-013605-XXXX-MB    04/24/2019
Edward L. Artau
Judge

**COPIES TO:**

ZSOFIA RUHA 1306 SILVER BEACH RD
LAKE PARK, FL 33403

Page 1 of 1

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 5/6/2019 3:05:00 PM

In the 15th judicial circuit of Florida in and for Palm Beach county
case number:50 2018 ca 013605 xxxx mb an
Zsofia Ruha
plaintiff/petitioner
v.

City of Palm Beach Gardens
defendant/respondent
notice of change of address: 455 Hibiscus street West Palm Beach,Florida,33401

*[signature]*
May ~~9tt~~ 10tt 2019

*[signature]*

NOT A CERTIFIED COPY

In the 15th judicial circuit of Florida in and for Palm Beach county
case number:50-2018-ca-013605-xxxx-mb-an
Zsofia Ruha
plaintiff/petitioner
v.
City of Palm Beach Gardens
defendant/respondent

CLERK:
Please file this document
in the Court File.
Circuit Judge
Howard K. Coates, Jr.

Your honor, when this lawsuit was filed in the year of 2018 the process server was unable to serve the government as far as I am concerned it was not a holiday the documents could not be served, since 2018 the structure of the government has changed due to the mid-term election but when your honor is directing me to serve defendants and as follows I have served defendants the government simply returns the mail, that is a violation of my 1st amendment constitutional right, plaintiff is requesting this court to enter a final judgement because in good faith plaintiff has tried to bring this legal matter into the attention of the government.

May 8th 2019

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 5/10/2019 3:10:00 PM