JS 44(Rev 12/96)

# CIVIL COVER SHEET

The JS - 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**1.(a) PLAINTIFFS**
ZSOFIA RUHA

**DEFENDANTS**
CITY OF PALM BEACH GARDENS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: **PALM BEACH**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: **PALM BEACH**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
ZSOFIA RUHA
10500 N Military Trail Palm Beach Gardens, FL 33410

ATTORNEYS (IF KNOWN)
W. Hampton Johnson IV, Esq., 2455 E. Sunrise Blvd., Ste. 1000, Ft. Lauderdale, FL 33304; 954/463-0100

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, **PALM BEACH**, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U S Government Plaintiff
- **X 3 Federal Question** (US Government Not a Party)
- ☐ 2 U S Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- **X 2 Removed from State Court**
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **Personal Injury** | **Personal Injury** | B☐ 610 Agriculture | ☐ 422 Appeal 28USC 158 | ☐ 400 State Reappointments |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Seizure of Prop. 21USC881 | | ☐ 430 Banks, Banking |
| ☐ 140 Negotiable Instrument | | | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Comm, ICC |
| ☐ 150 Recovery of Overpayment & Enforce Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 RICO |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 330 Federal Employees Lia Liability | | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 340 Marine | **Personal Property** | B☐ 690 Other | | ☐ 850 Securities/ Commodities/Exchange |
| ☐ 160 Stockholder Suit | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA 1395 | ☐ 891 Agricultural Acts |
| ☐ 195 Cont Prod Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property | ☐ 720 Labor Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Econ Stab Act |
| **A REAL PROPERTY** | | ☐ 385 Prop Damage Product Liability | ☐ 730 Labor/ Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW/405g | ☐ 893 Environ mental Matters |
| ☐ 210 Land Condemn | ☐ 360 Other Personal Injury | | | ☐ 864 SSD Title XVI | ☐ 894 Energy Alloc Act |
| B ☐ 220 Foreclosure | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI(405g) | ☐ 895 Freedom on Info Act |
| ☐ 230 Rent and Lease Ejectment | ☐ 441 Voting | B ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 442 Employment | | A ☐ 791 Empl Ret Inc Security Act | A☐ 870 Taxes(US Plaintiff of Defendant) | ☐ 950 Constitutionality State Statute |
| ☐ 245 Tort Prod Liability | ☐ 443 Housing/ Accommodations | HABEAS CORPUS: B ☐ 530 General | | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | ☐ 444 Welfare | A ☐ 535 Death Penalty | | | |
| | **X 440 Other Civil Rights** Mandamus&Other | B ☐ 540 | | | |
| | | B ☐ 550 Civil Rights | | | |
| | | B ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Plaintiff's action alleges deprivations of her federally protected rights through the First (1st) and Fifth (5th) Amendments to the United States Constitution

LENGTH OF TRIAL: __4____ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23  **DEMAND** $100,000,000  CHECK YES only if demanded in complaint **JURY DEMAND:** X YES  NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)  JUDGE:  DOCKET NUMBER:

DATE: May 24, 2019

SIGNATURE OF ATTORNEY OF RECORD

W. HAMPTON JOHNSON IV -- FBN 98607

**FOR OFFICE USE ONLY**

RECEIPT NO.: _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____