# United States District Court Southern District of Florida

case number: 19:19-cv-80681

Zsofia Ruha

plaintiff/petitioner

v.

City of Palm Beach Gardens

defendant/respondent

Plantiff is requesting this court of the immediate suspension of officer Guerreiero and her partner officer Dowd, both police officers has conspired with one and other to deceive their superiors by concealing the legitimacy of plaintiff's arrest, witch subsequently resulted in the unlawful incarceration of plaintiff.

*Zsofia Ruha* (signature)

June 2. 2019.

*[FILED stamp: JUN 03 2019, ANGELA E. NOBLE, CLERK U.S. DIST. CT., S.D. OF FLA. - W.P.B.]*