# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-CV-80681

Zsofia Ruha

plaintiff/petitioner

v.

City of Palm Beach Gardens

defendant/respondent

FILED BY ___ D.C.

JUL 31 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

AMENDED STATEMENT ; " PLAINTIFF" Zsofia Ruha was in a rightful and lawful possession of a prescription painkiller at the time of her arrest October 11th 2018 the painkiller was prescribed by a licensed physician, officer Guerriero has conspired with the Palm Beach Gardens police department when she committed perjury by lying to judge Joseph Marx about the circumstances of plaintiff's arrest and alleged crimes, additionally destroying evidence and covering it up with her partner, every private citizen safety and life is in danger who comes across officer Guerriero and her partner due to the fact that the city of Palm Beach Gardens continue to employ 2 corrupt officers but because both officers are licensed and trained to use deadly force.

On July 22.2019. the city of Palm Beach Gardens has unequivocally rejected "plaintiff" claim of the abuse and violation of her constitutional rights make it impossible to resolve this matter thru mediation or arbitration.

*Zsofia Ruha*

*July 31. 2019.*