# UNITED STATES DISTRICT COURT SOUTHER DISTRICT OF FLORIDA

CASE NUMBER: 19:19-CV-80681

Zsofia Ruha

plaintiff(s) petitioner(s)

-vs-

City of Palm Beach Gardens

defendant(s) respondent(s)



FILED BY MEE D.C.

NOV 22 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## AMENDED COMPLAINT PURSUANT TO FLORIDA RULES OF CIVIL PROCEDURE 1.190(a),(b),(e)

COMES NOW, that plaintiff Zsofia Ruha files this complaint against defendants City of Palm Beach Gardens, Glen A Dorow, Bethany Fedorenchik pursuant to Florida Rules of Civil Procedure 1.190

On 10/11/2018 2 police officers walked up to plaintiff and demanded the production of identification

plaintiff has refused, the 2 officers has detained plaintiff during escorting plaintiff toward their patrol vehicles the 2 officers manhandled plaintiff over the objection of unlawful detainment.

On 10/11/2018 plaintiff was charged with a number of crimes while incarcerated defendants has gained access to confidential medical records of plaintiff.

On 10/26/2018 plaintiff has bought a civil suit against defendants for the abuse of authority

on 05/24/2019 defendants has committed fraud and bribery upon hiring the law firm of JOHNSON,ANSELMO,MURDOCH,BIRKE,PIPER AND HOCHMAN P.A free of charge.

**I HERE BY CERTIFY,** that a true and correct copy of the foregoing has been furnished by certified mail on 11/21/2019 to JOHNSON,ANSELMO,MURDOCH,BIRKE,PIPER AND HOCHMAN P.A at 2455 EAST SUNRISE BLVD FORT LAUDERDALE,FLORIDA 33304 SUITE 1000

*Zsofia Ruha*   11/22/2019