# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-cv-80681

Zsofia Ruha

plaintiff(s) petitioner(s)

-vs-

City of Palm Beach Gardens

defendant(s) respondent(s)



FILED BY ___MEE___ D.C.
Dec 16, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## LEGAL ARGUMENT,STATEMENT OF FACTS:

on October 11 2018 2 police officer named Glen a Dorow and Bethany Fedorenchik conducted a traffic stop when they approached Zsofia Ruha after the officers stated plaintiff have committed a traffic violation they demanded to provide identification, plaintiff refused it did not appear to be a "normal traffic stop" since plaintiff was not operating a motor vehicle,the officers detained plaintiff in an attempt to defend herself plaintiff informed the officers that they have no right to do what they are doing officer Dorow upon using excessive force grabbed plaintiff's throat and pushed her against the wall and ordered plaintiff to shut up, later Zsofia Ruha was transported to the county lock up.

The 4th amendment of the United States Constitution and article I section 12 of the Florida Constitution forbid unreasonable seizures and searches of a citizens person or property time and again the United States supreme court has observed that searches and seizures conducted outside the judicial process without prior approval of judge or magistrate "per se" unreasonable under the 4th amendment subject to a few specifically established and well delineated exceptions.However a police officer may temporarily detain a citizen if the officer have a reasonable suspicion that the person has committed is committing or is

about to commit a crime.

In Whren v. United States the United States supreme court has held that an officer's subjective intentions when conducting a traffic stop are irrelevant but there still must a reasonable and objective basis for the stop.

Additionally the 4th district court of appeals has stated
when a law enforcement officer stops a motor vehicle the action amounts to a detention implicating the 4th amendment restrictions against unreasonable searches and seizures as a result the officer must have probable cause to believe that a traffic violation has been committed. Probable cause has been defined as "where the facts and circumstances within the officer knowledge and of witch he/she reasonably trustworthy information sufficient in themselves warrant a man of reasonable caution in the belief that an offense have been committed.

The proper test to determine reasonableness is whether the officer who initiated the stop had an objectively reasonable basis for making the stop.

**I HERE BY CERTIFY,** that a true and correct copy of the foregoing has furnished by certified mail on 12/16/2019 to Johnson Anselmo,Murdoch,Burke Piper,and Hochman P.A 244 east Sunrise Blvd Fort Lauderdale,Fl ste 1000. 33304

*[signature]*
12/16/2019

# ARREST / NOTICE TO APPEAR
## Juvenile Referral Report

OBTS Number: 050244
Agency Report Number: 2687

- 1 Arrest
- 2 NTA
- 3 Request for Warrant
- 4 Request for Capias

Juvenile: N

**Agency ORI Number:** FL0 5 0 2 6 0 0
**Agency Name:** PALM BEACH GARDENS POLICE DEPT.
**Agency Report Number (NTA's only):** 78-1-18-10061-770

**Charge Type:** Misdemeanor / Traffic Misdemeanor

**Location of Arrest:** NORTHLAKE & I-95 (SB RAMP)
**Location of Offense:** NORTHLAKE & I-95 (SB OFF RAMP)

**Date of Arrest:** 10/11/18   **Time of Arrest:** 1143

**Name (Last, First, Middle):** RUHA, ZSOFIA

**Race:** W   **Sex:** F   **Date of Birth:** 06/28/76   **Height:** 507   **Weight:** 165   **Eye Color:** BLU   **Hair Color:** BRN   **Complexion:** FAIR   **Build:** MED

**Scars, Marks, Tatoos:** NONE VISIBLE

**Marital Status:** N/A   **Religion:** N/A

**Local Address:** *ADVISED IS HOMELESS*

**Residence Type:** 3 Florida
**Address Source:** FL DL

**Occupation:** HOMELESS

**DL Number, State:** R000980767280

**Place of Birth:** BUDAPEST HUNGARY
**Citizenship:** 05

### Charges

**Charge 1:** OBSTRUCTION PUBLIC STREET W/O PERMIT
Counts: 1
Statute Violation Number: 316.2045(1)(2)
Bond: 1000

**Charge 2:** UNLAWFUL POSS. PERSONAL ID
Counts: 1
Statute Violation Number: 817.568.5(12A)
Bond: 5000

**Charge 3:** POSS. DRUG PARAPHERNAILIA
Drug Type: P   NEEDLE
Counts: 1
Statute Violation Number: 893.147.1(1)
Bond: 500

**Charge 4:** RESIST W/O VIOLENCE
Counts: 1
Statute Violation Number: 843.102
Bond: 500

**Court Location:** 3188 PGA BLVD. (N. COUNTY COURT)
**Court Date:** Day 14   Year 2018   Time 10:00 AM

**Date Signed:** 10/11/18

**Arresting Officer:** B. GUERRIERO 321 PBGPD
**Transporting Officer:** GUERRIERO 321

OCT 11 PM 2:35

PBGPD FORM-023

| | | PROBABLE CAUSE AFFIDAVIT | | 1 Arrest  3 Request for Warrant | | | JUVENILE |
|---|---|---|---|---|---|---|---|
| OBTS Number | | | | 2 NTA  4 Request for Capias | | 1 | |

| Agency ORI Number | Agency Name | Agency Report Number | |
|---|---|---|---|
| FL 0502600 | PALM BEACH GARDENS POLICE | 7 8 | 18-006177 |

| Charge Type Check as many as apply | ☐ 1 Felony | ☒ 3 Misdemeanor | ☐ 5 Ordinance | Special Notes |
|---|---|---|---|---|
| | ☐ 2 Traffic Felony | ☒ 4 Traffic Misdemeanor | ☐ 6 Other | |

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| RUHA, ZSOFIA | | W | F | 06/28/1976 |

| Charge Description | Charge Description |
|---|---|
| 316.2045(2) | 817.5685(2) |
| 893.147(1) DRUGS - POSSESS AND/OR USE DRUG PARAPHE | 843.02 RESIST/OBSTRUCT OFFICER W/O VIOLENCE |

| Victim's Name (Last, First, Middle) | | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| State Of Florida | | | | | | |

| Local Address (Street, Apt Number) | (City) | (State) | (Zip) | Phone | Address Source |
|---|---|---|---|---|---|

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |
|---|---|---|---|---|---|

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody
- ☒ committed the below acts in my presence.
- ☐ confessed to _____ admitting to the below facts
- ☐ was observed by _____ who told _____ that he/she saw the arrested person commit the below acts
- ☒ was found to have committed the below acts, resulting from my (described) investigation.

On the **11** day of **October**, **2018** at **11:43** (Specifically include facts constituting cause for arrest.)

ON THURSDAY 10/11/2018 AT 11:39 HRS., I WAS ON PATROL IN THE AREA OF NORTHLAKE BLVD. AND I-95, SPECIFICALLY THE AREA OF THE SOUTH BOUND EXIT RAMP ON TO NORTHLAKE BLVD. WEST BOUND, IN THE CITY OF PALM BEACH GARDENS PALM BEACH COUNTY, FLORIDA.

I HAD NOTICED A WHITE FEMALE WEARING A PINK TANK TOP, BROWN SWEAT PANTS AND BLACK SNEAKERS HOLDING A BRIGHT PINK SIGN WITH LETTERING ON IT ADVERTISING THAT SHE WAS UNEMPLOYED AND WAS LOOKING FOR DONATIONS IN THE FORM OF EBT CARDS, OR CELL PHONES. SHE WAS STANDING ON THE OFF RAMP FACING WEST AND SHE WAS WALKING INTO TRAFFIC APPROACHING VEHICLES.

AS I PULLED MY MARKED PATROL VEHICLE ONTO THE MEDIAN TO MAKE CONTACT WITH THE FEMALE, I ACTIVATED MY OVERHEAD EMERGENCY LIGHTS. AS I WALKED TOWARDS THE FEMALE, SHE TURNED AROUND TO LOOK AT ME AND THEN STEPPED RIGHT INTO THE FLOW OF TRAFFIC TO MAKE CONTACT WITH AN OCCUPANT INSIDE OF A WHITE PICK UP TRUCK.

THERE IS A CONSTANT ISSUE WITH PANHANDLERS IN THE CITY WHO FREQUENTLY STAND ON THE OFF RAMPS OF MAJOR ROADWAYS AND HIGHWAYS SUCH AS THE PARTICULAR ROADWAY MENTIONED ABOVE, AND IMPEDE THE FLOW OF TRAFFIC BY ENDANGERING THEMSELVES AND THAT OF THE MOTORING PUBLIC BY WALKING INTO THE FLOW OF TRAFFIC, JUST AS I HAD WITNESSED THE ABOVE DESCRIBED FEMALE DO.

I TRIED EXPLAINING TO THE FEMALE THAT SHE COULD NOT BE ON THE OFF RAMP OR ANY MAJOR ROADWAY TO SOLICIT, AND THAT SHE NEEDED TO MOVE ALONG. THE FEMALE THEN BECAME VERBALLY ABUSIVE TOWARDS ME AND SAID THAT SHE HAD EVERY RIGHT TO STAND ON THE ROADWAY AND DO WHAT SHE WAS DOING AS SHE IS UNEMPLOYED. I THEN ASKED THE WOMAN FOR IDENTIFICATION, AS I WAS CONDUCTING AN INVESTIGATION IN REGARDS TO THE OBSTRUCTION OF A PUBLIC STREET, ROADWAY OR HIGHWAY WITHOUT A PERMIT. THE FEMALE ADAMANTLY DENIED MY REQUEST FOR IDENTIFICATION AND TOLD ME IT WAS HER "FIRST AMENDMENT RIGHT" TO BE DOING WHAT SHE WAS

SWORN AND SUBSCRIBED BEFORE ME
GARCIA, JAVIER
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F S S 117.10)
10/11/2018
DATE

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER
GUERRIERO, BETHANY A (321)
NAME OF OFFICER (PLEASE PRINT)
10/11/2018
DATE

PAGE 1 OF 2

COURT    STATE ATTORNEY    CENTRAL RECORDS    JAIL    CRIME ANALYSIS    P.I.O.

| OBTS Number | | PROBABLE CAUSE AFFIDAVIT SUPPLEMENT | 1 Arrest  3 Request for Warrant  2 NTA  4 Request for Capias | **1** | JUVENILE |
|---|---|---|---|---|---|
| Agency ORI Number **FL 0502600** | Agency Name **PALM BEACH GARDENS POLICE** | | Agency Report Number **7 8 18-006177** | Special Notes | |
| Charge Type Check as many as apply ☐ 1 Felony  ☐ 2 Traffic Felony | ☒ 3 Misdemeanor  ☒ 4 Traffic Misdemeanor | ☐ 5 Ordinance  ☐ 6 Other | | | |
| Name (Last, First, Middle) **RUHA, ZSOFIA** | | Alias | Race **W** | Sex **F** | Date of Birth **06/28/1976** |

**PROBABLE CAUSE STATEMENT**

DOING. I THEN CLEARLY STATED AGAIN THE REASONING FOR REQUESTING HER IDENTIFICATION, AND AGAIN SHE TOLD ME THAT SHE REFUSED TO IDENTIFY HERSELF.

IT WAS AT THIS POINT THAT I PLACED THE FEMALE NOW IDENTIFIED AS ZSOFIA RUHA VIA HER FLORIDA DRIVER'S LICENSE, UNDER ARREST. A SEARCH OF RUHA'S PURSE YIELDED A CAPPED AND DEPRESSED NEEDLE, AS WELL AS AN ILLINOIS ID CARD BELONGING TO A BLACK MALE NAMED QUINTIN W POWELL. BEFORE PLACING RUHA INTO MY PATROL VEHICLE FOR TRANSPORT, BACK UP OFFICER DOROW ARRIVED ON SCENE TO ASSIST ME. AS WE TRIED TO PUT RUHA INTO MY VEHICLE, RUHA STARTED TO KICK TOWARDS OFC. DOROW AND QUICKLY STOPPED WHEN OFC. DOROW GRABBED HER ARMS, REDIRECTING HER TO WALK TOWARDS MY PATROL VEHICLE.

RUHA CONTINUED TO YELL AND SCREAM ONCE IN THE BACK SEAT OF MY PATROL CAR THAT SHE WAS REFUSING TO SPEAK TO ME OR ANSWER ANY QUESTIONS.

MY DEPARTMENT ISSUED BWC WAS UTILIZED THROUGHOUT THE ENTIRE CONTACT PERIOD AND INVESTIGATION INVOLVING RUHA, AND HAS BEEN APPROPRIATELY MARKED VIA THE EVIDENCE.COM WEBSITE.

THE CAPPED AND DEPRESSED NEEDLE ALONG WITH THE ILLINOIS ID CARD, WERE PLACED INTO EVIDENCE.

RUHA WAS ISSUED A CRIMINAL CITATION FOR OBSTRUCTING A PUBLIC STREET OR HIGHWAY PURSUANT TO F.S.S. 316.2045(2) CITATION #: A9YWT8E. SHE IS ALSO BEING CHARGED WITH ONE COUNT OF RESISTING WITH OUT VIOLENCE PURSUANT TO F.S.S. 843.02, ONE COUNT OF POSSESSION OF DRUG PARAPHERNALIA PURSUANT TO F.S.S. 893.147(1), AND ONE COUNT OF UNLAWFUL POSSESSION OF A PERSONAL ID PURSUANT TO F.S.S. 817.5685(2).

RUHA WAS TRANSPORTED TO THE PALM BEACH COUNTY JAIL.

SWORN AND SUBSCRIBED BEFORE ME
**GARCIA, JAVIER**
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F S S 117 10)
**10/11/2018**
DATE

SIGNATURE OF ARRESTING/INVESTIGATING OFFICER
**GUERRIERO, BETHANY A (321)**
NAME OF OFFICER (PLEASE PRINT)
**10/11/2018**
DATE

PAGE **2 OF 2**

COURT   STATE ATTORNEY   CENTRAL RECORDS   JAIL   CRIME ANALYSIS   P. I. O.



**PALM BEACH COUNTY SHERIFF'S OFFICE**
Florida State Statute Exemption Sheet

## Palm Beach County Sheriff's Office – Arrests Only

| | X | Florida State Statute | Description | Page Number(s) |
|---|---|---|---|---|
| **L/E Exemptions** | ☐ | 119.071(2)(d) | Surveillance techniques, procedures and personnel; inventory of law enforcement resources, policies or plans pertaining to mobilization deployment or tactical operations. | |
| | ☐ | 943.053, 943.0525 | NCIC/FCIC/FBI and in-state FDLE/DOC. | |
| | ☐ | 119.071(4)(c) | Undercover personnel. | |
| | ☐ | 119.071(2)(f) | Confidential informants (CIs). | |
| | ☐ | 119.071(2)(e) | Confession. | |
| **Public Info. Exemptions** | ☐ | 985.04(1) | Juvenile offender records. | |
| | ☐ | 119.071(h)(i) | Assets of a crime victim. | |
| | ☐ | 395.3025(7)(a), 456.057(7)(a) | Medical information. | |
| | ☐ | 394.4615(7) | Mental health information. | |
| | ☐ | 119.071(4)(d)(2)(a) | Home address, telephone, Social Security number, date of birth, or photos of active/former LE personnel, spouses, and children. | |
| **Florida Rules of Judicial Administration 2.420 (Rule of 23)** | ☒ | (iii) 119.0714(1)(i)-(j), (2)(a)-(e) | Social Security, bank account, charge, debit, and credit card numbers. | 2 |
| | ☐ | (viii) 394.4615(7) | Clinical records under the Baker Act. | |
| | ☐ | (xii) 741.30(3)(b) | The victim's address in a domestic violence action on petitioner's request. | |
| | ☐ | (xiii) 119.071(2)(h), 119.0714(1)(h) | Protected information regarding victims of child abuse or sexual offenses. | |
| | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |
| **Other** | ☐ | | Other: | |
| | ☐ | | Other: | |

**REVIEW COMPLETED BY**

| Booking Number: 2018034007 | Date: 10/12/2018 |
|---|---|
| | Specialist Name/ID: AM/31562 |

Created 2/5/2016 | Updated 3/5/2018

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.
THIS 16th DAY OF December, 20 19
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK